UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE, | No. 2:18-cv-3043-JAM-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| CBS TELEVISION NETWORK, et al., | |
| Defendants. | |

On July 6, 2020, the undersigned recommended plaintiff's second amended complaint be dismissed without leave to amend. ECF No. 10. Shortly thereafter, plaintiff filed objections to the findings and recommendations (ECF No. 14) and a third amended complaint (ECF No. 13). On August 11, 2020, the assigned district judge adopted the findings and recommendations and dismissed plaintiff's second amended complaint without leave to amend. ECF No. 15. The court specifically held that there was no basis for permitting plaintiff to proceed on his third amended complaint since it failed to remedy the deficiencies of the second amended complaint. *Id*. at 2 n.1. Accordingly, the case was closed and judgment entered accordingly. ECF Nos. 15 & 16.

Notwithstanding that judgment, plaintiff subsequently filed a motion to amend his complaint. ECF No. 17. Plaintiff's recent filing does not constitute a proper request for reconsideration or appeal of the August 11, 2020 order and judgment. Therefore, the documents will be disregarded. Plaintiff is advised that the court will disregard and issue no response to any future filings in this closed case.

1  Accordingly, it is hereby ORDERED that plaintiff's post-judgment filing (ECF No. 17) is
2  disregarded and the Clerk is directed to terminate it.
3  SO ORDERED
4  DATED: August 20, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2